UNITED STATES DISTRICT COURT
~~SOUTHERN~~ Eastern DISTRICT OF NEW YORK

DEREK FRANKS DIN 12A1986
Livingston Correctional Facility
Sonyea NY 14556

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

The LAQUILA GROUP INC

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED FEB 15 2013 PRO SE OFFICE

CV 13 - 0980

MATSUMOTO, J.

REYES, M.J.

COMPLAINT

Jury Trial: ☐ Yes ☑ No
*(check one)*

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name  DEREK FRANKS
Street Address  Livingston Correctional Facility
County, City  Sonyea
State & Zip Code  N.Y. 14556
Telephone Number  N/A

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 05/2010*

Defendant No. 1   Name _THE LAQUILA GROUP_
                  Street Address _1590 TROY AVENUE_
                  County, City _Brooklyn_
                  State & Zip Code _New York  11234_
                  Telephone Number _____

Defendant No. 2   Name _____
                  Street Address _____
                  County, City _____
                  State & Zip Code _____
                  Telephone Number _____

Defendant No. 3   Name _____
                  Street Address _____
                  County, City _____
                  State & Zip Code _____
                  Telephone Number _____

Defendant No. 4   Name _____
                  Street Address _____
                  County, City _____
                  State & Zip Code _____
                  Telephone Number _____

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

     ☑ Federal Questions          ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _Violation of Civil Rights Act 42 U.S.C § 1983_

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

     Plaintiff(s) state(s) of citizenship _____
     Defendant(s) state(s) of citizenship _____

*Rev. 05/2010*

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __Bfo Staten Island Expressway__

B. What date and approximate time did the events giving rise to your claim(s) occur? __October 16th 2011, 8:00am to 2:30pm__

C. Facts: __On October 16th 2011 while working for the Laquila Group Inc, I was subjected to racially insensitive and derogatory remarks by a co-worker Rifat Nikqi. Rifat Nikqi referred to a co-worker (Glen Thomas) and I as monkeys and Niggers. After threatening to kill me, he stated he did not like working with niggers. My co-worker and I complained to the Defendant about the incident and instead of taking corrective action he and I were both laid-off__

[margin labels: What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?]

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. __I suffered mental anguish and emotional pain and suffering__

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Compensation being sought is actual damages for lost wages in the amount of $25,000.00 and damages for pain and suffering in the amount of $250,000.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of _____, 20___.

Signature of Plaintiff  [signature]

Mailing Address  Livingston Correctional Facility
Sonyea NY 14556

Telephone Number

Fax Number *(if you have one)*

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

### For Prisoners:

I declare under penalty of perjury that on this _10_ day of _February_, 2013, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: [signature]

Inmate Number  12A1986

*Rev. 05/2010*

**AFFIDAVIT OF SERVICE**

RE: DEREK FRANKS -v-
LAQUILLA GROUP, INC.

STATE OF NEW YORK    )
COUNTY OF LIVINGSTON )  s.s.:

DEREK FRANKS, being duly sworn, deposes and says: I am the Plaintiff, pro se, in the above-referenced matter and am currently incarcerated at Livingston Correctional Facility, P.O. Box 91, Rt. 36, Sonyea, New York 14556.

On the 29 day of January, 2013, I served the enclosed Notice of Entention to File Claim / filing motional claim 2-6-13, by placing a copy of said papers in a postpaid envelope and deposited the envelope into an official mailbox for the U.S. Postal Service under the exclusive care and custody of Livingston Correctional Facility and addressed said envelope to the following person(s):

1. Theodore Roosevelt
United States Courthouse
225 Cadman Plaza east
Brooklyn NY 11201-1818

2.

(Print Name): DEREK FRANKS
(DIN Number): 12A1986

Livingston Correctional Facility
P.O. Box 91
Sonyea, New York   14556

Sworn to before me this
6 day of Feb 2013.

NOTARY PUBLIC

SUSAN G. STONE
Notary Public, State of New York
Qualified in Wyoming County
My Commission Expires Aug. 20, 20___

## VERIFICATION

STATE OF NEW YORK )
)ss.:
COUNTY OF LIVINGSTON)

RE: <u>Filing of Claim: Derek Franks -v- LaQuilia Group Inc.</u>

<u>Derek Franks</u>, being duly sworn, deposes and says:

I am the Petitioner herein, that I have read the foregoing <u>Complaint</u> and knows the contents thereof, that the same is true and correct to the best of my knowledge, except as to those matters stated upon information and belief, and as to those matters I believe them to be true.

(Print Name): Derek Franks
(DIN Number): 12A 1986

Livingston Correctional Facility
P.O. Box 91
Sonyea, New York 14556

SWORN TO BEFORE ME ON THIS

6 DAY OF Feb, 2013.

NOTARY PUBLIC

SUSAN G. STONE
Notary Public, State of New York
Qualified in Wyoming County
My Commission Expires Aug. 20, 20__